IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER GREENE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| SAFEWAY, INC. | ) Formerly Case No. 12-C-13-003042 OC |
| | ) Circuit Court for Harford County |
| Defendant. | ) |
| | ) |

**DEFENDANT SAFEWAY, INC.'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant, Safeway, Inc., by and through the undersigned counsel, hereby discloses the following corporate interests:

1. Safeway, Inc. does not have a parent corporation.

2. No publicly held corporation owns 10% or more stock in Safeway, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

SETLIFF & HOLLAND, P.C.

Justin M. Cuniff (Bar No. 16689)
Elizabeth B. Fisher (Bar No. 28018)
SETLIFF & HOLLAND, P.C.
One Park Place
Suite 265
Annapolis, Maryland 21401
Tel: (443) 837-6805
Fax: (443) 837-6806
jcuniff@setliffholland.com
efisher@setliffholland.com

*Counsel for Defendant Safeway, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2013, a copy of the foregoing Defendant Safeway, Inc.'s Corporate Disclosure Statement was sent First-Class mail, postage prepaid, to:

>Alan H. Silverberg, Esquire
>Summerfield, Willen, Silverberg & Limsky, LLC
>Woodholme Center
>1829 Reisterstown Road, Suite 410
>Baltimore, Maryland 21208

*Counsel for Plaintiff*

_____
Elizabeth B. Fisher (Bar No. 28018)